Gillian H. Clow (SBN 298966)
Email:   gclow@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Wilmington Trust Company and
Wilmington Trust Investment Advisors, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FRIEDA MAE ROGERS f/k/a FRIEDA ROGERS ROEN; and PREMIER TRUST, INC., a Nevada corporation, as Trustee of the FRIEDA M. ROEN RESULTING TRUST u/a/d July 19, 1934;<br><br>Plaintiffs,<br><br>vs.<br><br>WILMINGTON TRUST COMPANY, a Delaware corporation; and WILMINGTON TRUST INVESTMENT ADVISORS, INC., a Maryland corporation;<br><br>Defendants. | Case No.: 1:17-cv-00392-AWI-SAB<br><br>**STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

Plaintiffs Frieda Mae Rogers f/k/a Frieda Rogers Roen and Premier Trust, Inc., a Nevada corporation, as Trustee of the Frieda M. Roen Resulting Trust u/a/d July 19, 1934 ("Plaintiffs") and Defendants Wilmington Trust Company, a Delaware Corporation and Wilmington Trust Investment Advisors, Inc., a Maryland corporation ("Defendants") by and through their respective counsel of record, stipulate as follows:

WHEREAS, on March 16, 2017, Plaintiffs filed their Complaint in this Court;

WHEREAS, pursuant to the Federal Rules of Civil Procedure governing responsive pleading deadlines, Defendants' original response to the Complaint was due May 19, 2017;

WHEREAS, on May 17, 2017, the Parties filed a Stipulation To Extend Time For Defendants To Respond To Complaint By Not More Than 28 Days, which extended the time for the Defendants to file a response to the Complaint until and including June 16, 2017;

WHEREAS, the Parties wish to likewise defer the Scheduling Conference before United States Magistrate Judge Stanley A. Boone, originally scheduled for June 5, 2017, until July 10, 2017 to allow the Defendants adequate time to investigate the Plaintiffs' allegations.

**IT IS SO STIPULATED.**

DATED: May 22, 2017         CANTANESE & WELLS, A LAW CORPORATION

By: *Douglas R. Hume*
    (as authorized on 5/19/17)
    T. Randolph Cantanese
    Douglas R. Hume
    David Y. Yoshida
    Attorneys for Plaintiffs Frieda Mae Rogers and Premier Trust, Inc.

DATED: May 22, 2017         REED SMITH LLP

By: *Gillian H. Clow*
    Gillian H. Clow
    Attorneys for Defendants Wilmington Trust Company and Wilmington Trust Investment Advisors, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS SO ORDERED**

The Scheduling Conference is continued to July 10, 2017 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __**May 22, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE