# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIEDA MAE ROGERS, et al., | Case No. 1:17-cv-00392-AWI-SAB |
| Plaintiffs, | ORDER DENYING PRO HAC VICE APPLICATION OF THOMAS L. ALLEN |
| v. | |
| WILMINGTON TRUST COMPANY, et al., | (ECF Nos. 20, 22, 23) |
| Defendants. | |

On June 28, 2017, Thomas L. Allen, attorney for Defendants, filed an application for admission to practice pro hac vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 20.) Upon review of Mr. Allen's application the Court found that he was admitted to practice in California on July 29, 2003. (ECF No. 20 at 2.)[1]

Since it was unclear to the Court why an attorney who is an active member of the State Bar of California and eligible to practice law in California would seek admission pro hac vice in this case instead of seeking admission to the Bar of this Court, an order issued requiring Mr. Allen to explain why he was seeking admission pro hac vice in this case instead of seeking admission to the Bar of this Court. On July 5, 2017, Mr. Allen filed a response stating that he is

---

[1] A review of the State Bar of California's website indicates that Mr. Allen is active and may practice law in California. See http://members.calbar.ca.gov/fal/Member/Detail/226179.

no longer seeking admission pro hac vice, but has submitted a petition for admission to this Court.

Accordingly, IT IS HEREBY ORDERED that Thomas L. Allen's application for admission to practice pro hac vice is DENIED.

IT IS SO ORDERED.

Dated: __**July 10, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE