

**Benjamin P. Chapple**
Direct Phone:  +1 302 778 7516
Email:  bchapple@reedsmith.com

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

March 26, 2020

**VIA CM/ECF**
The Honorable Colm F. Connolly
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

> RE:  ***Rogers, et al. v. Wilmington Trust Company, et al.,***
> **D. Del., C.A. No. 1:18-cv-00116-CFC**

Dear Judge Connolly:

I write on behalf of all parties to provide the Court with a status update, in accordance with the Court's instruction at the conclusion of trial on February 27, 2020. The parties have conferred and are contemplating mediation, but the parties' efforts have been impacted by the ongoing COVID-19 pandemic.

The parties respectfully request the opportunity to continue our efforts to schedule mediation and provide the Court with a status update on or before April 27, 2020.

Counsel are available at the Court's convenience should Your Honor have any questions or require additional information.

Respectfully,

/s/ Benjamin P. Chapple

Benjamin P. Chapple (No. 5871)

cc:    David A Felice, Esq. (via CM/ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON