IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRIEDA MAE ROGERS f/k/a
FRIEDA MAE ROEN and PREMIER
TRUST, INC.,

                Plaintiffs,

      v.

WILMINGTON TRUST CO.

                Defendant.

Civil Action No. 18-116-CFC

---

## ORDER

At Wilmington this Twenty-fifth day of February in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiffs.

_____
UNITED STATES DISTRICT JUDGE