IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIEDA MAE ROGERS f/k/a FRIEDA MAE ROEN and PREMIER TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 18-116-CFC ) ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

For the reasons set forth in the Memorandum Opinion and Order of February 25, 2021;

IT IS ORDERED that judgment is entered in favor of Defendant and against Plaintiffs.

_____
United States District Judge

Dated: 2-25-21

_____
(By) Deputy Clerk